AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Raymond Edward Chestnut, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:14-cv-02222-RBH |
| J. Comstock, discipline hearing officer, in her individual capacity, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Raymond Edward Chestnut, shall take nothing of the defendant, J. Comstock, discipline hearing

officer, in her individual capacity, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed

with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, which dismissed the action with
prejudice.

Date:    June 30, 2015

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*