AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Raymond Edward Chestnut, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:14-cv-02222-RBH |
| J. Comstock, discipline hearing officer, in her individual capacity, | ) | |
| *Defendants* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Raymond Edward Chestnut, shall take nothing of the defendant, J. Comstock, discipline hearing officer, in her individual capacity, and this action is dismissed with prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable R. Bryan Harwell, United States District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, dismissing the action with prejudice for failure to prosecute pursuant to Rule 41(b).

Date:  July 7, 2015                                                         ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/M. Walker

                                                                                    *Signature of Clerk or Deputy Clerk*